ute to make effective the supersedeas order heretofore made upon the appeal referred to insuch order made by a Justice of this Court on the 30th day of January, A. D. 1928.

It is so ordered.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion and order.

STATE OF FLORIDA, *Appellant,* v. SPECIAL ROAD AND BRIDGE DISTRICT NUMBER EIGHT OF ALACHUA COUNTY, FLORIDA, *Appellee.*

Division B.

Decision Filed February 29, 1928.

*J. C. Adkins,* for Appellant;

*Hampton & Hampton,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, consid-

ered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

MAGGIE ANDERSON, *Alias* MAGGIE CHAPMAN, *Appellant*, v. RICHARD D. ANDERSON, *Appellee*.

Division B.

Decision Filed February 29, 1928.

*I. L. Purcell*, for Appellant;

*John W. Dodge*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.